Thomas W. Remillard (SBN 251567)
Sybil Leung (SBN 320160)
**WOMBLE BOND & DICKINSON LLP**
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
T: 415.433.1900  |  F: 415.433.5530
Email: *thomas.remillard@wbd-us.com*
  *sybil.leung@wbd-us.com*
  *MBWarranty@wbd-us.com*

Attorneys for Defendants,
**MERCEDES-BENZ USA, LLC and**
**SECOND MOTOR GROUP OF VALENCIA, LLC**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BLUE RENTAL CAPITAL, CORP., a California Corporation; GUSTAVO A POLANCO, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; SECOND MOTOR GROUP OF VALENCIA, LLC, a California Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00309 SVW (RAOx)<br><br>[Los Angeles Superior Court Case No. 24CHCV04552]<br><br>District Judge: Stephen V. Wilson<br>Magistrate Judge: Rozella A. Oliver<br><br>**DEFENDANTS MERCEDES-BENZ USA, LLC AND SECOND MOTOR GROUP OF VALENCIA, LLC'S AMENDED CERTIFICATE OF INTERESTED PARTIES**<br><br>[Filed and served concurrently with Notice of Errata]<br><br>Complaint Filed: December 10, 2024<br>Trial Date:  None set |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to L.R. 7.1-1, Defendant Mercedes-Benz LSA, LLC ("MBUSA") and Second Motor Group of Valencia, LLC ("SMGV") (collectively, MBUSA and SMGV may also be referred to as "Defendants") certify that the following listed parties have a direct or indirect pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

**1**

**DEFENDANTS MERCEDES-BENZ USA, LLC AND SECOND MOTOR GROUP OF VALENCIA, LLC'S CERTIFICATE OF INTERESTED PARTIES**

1.     Mercedes-Benz North America Corporation ("MBNAC") is the Parent Company of Mercedes-Benz USA, LLC and has a financial interest in the outcome of the case.  MBNAC is a subsidiary of Capital Nederland B.V., a Dutch Company, whose parent company is Mercedes-Benz Group AG, a publicly held German Aktiengesellschaft.

2.     Capital Nederland B.V. ("CNBV") is the Parent Company of MBNAC.

3.     Mercedes-Benz Group, a publicly held German Aktiengesellschaft is the Parent Company of CNBV.

Dated: January 16, 2025

**WOMBLE BOND DICKINSON (US) LLP**

By: _____

Thomas W. Remillard
Sybil Leung
Attorneys for Defendants,
**MERCEDES-BENZ USA, LLC AND
SECOND MOTOR GROUP OF VALENCIA, LLC**

**2**

**DEFENDANTS MERCEDES-BENZ USA, LLC AND SECOND MOTOR GROUP OF VALENCIA, LLC'S CERTIFICATE OF INTERESTED PARTIES**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2025, I electronically filed the foregoing DEFENDANTS MERCEDES-BENZ USA, LLC AND SECOND MOTOR GROUP OF VALENCIA, LLC'S CERTIFICATE OF INTERESTED PARTIES with the Clerk of Court using the CM/ECF system.

_/s/ Carla Lacy_

**1**
**CERTIFICATE OF SERVICE**