NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Hovanes Margarian, SBN 246359
Armen Margarian, SBN 313775
Shushanik Margarian, SBN 318617
THE MARGARIAN LAW FIRM
462 West Colorado Street
Glendale, California 91204
Telephone Number: (818) 553-1000
Facsimile Number: (818) 553-1005

ATTORNEY(S) FOR: BLUE RENTAL CAPITAL, CORP., et al.

CLEAR FORM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BLUE RENTAL CAPITAL, CORP., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25−cv−00309 SVW (RAOx)<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiffs BLUE RENTAL CAPITAL, CORP. and GUSTAVO A POLANCO
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| BLUE RENTAL CAPITAL, CORP., a California Corporation | Plaintiffs |
| GUSTAVO A POLANCO, an individual | |

February 17, 2025
Date

/s/ Hovanes Margarian
Signature

Attorney of record for (or name of party appearing in pro per):

BLUE RENTAL CAPITAL, CORP.; GUSTAVO A POLANCO

CV-30 (05/13)                                NOTICE OF INTERESTED PARTIES