JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE RENTAL CAPITAL, CORP., a California Corporation; GUSTAVO A POLANCO, an individual,<br><br>　　Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; SECOND MOTOR GROUP OF VALENCIA LLC, a California Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>　　Defendants. | Case No.: 2:25-cv-00309-SVW-RAO<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

///
///
///
///
///
///
///
///

-1-
[~~PROPOSED~~] ORDER

# ~~[PROPOSED]~~ ORDER

Upon the review of the signed stipulation submitted to this Court by Plaintiffs BLUE RENTAL CAPITAL, CORP. and GUSTAVO A POLANCO, and Defendants MERCEDES-BENZ USA, LLC and SECOND MOTOR GROUP OF VALENCIA LLC,

**IT IS HEREBY ORDERED** that

The action shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: July 2, 2025

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025, I electronically filed the foregoing [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system.

*s/Carla Lacy, LPA*